UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Christopher John Rubish

v.                                          Civil No. 15-cv-31-JL

NH Department of Corrections

O R D E R

No objection having been filed, I herewith approve the
Report and Recommendation of Magistrate Judge Andrea K.
Johnstone dated September 15, 2015.  "'[O]nly those issues
fairly raised by the objections to the magistrate's report are
subject to review in the district court and those not preserved
by such objection are precluded on appeal.'"  School Union No.
37 v. United Nat'l Ins. Co., 617 F.3d 554, 564 (1st Cir. 2010)
(quoting Keating v. Secretary of Health & Human Servs., 848 F.2d
271, 275 (1st Cir.1988)); see also United States v. Valencia-
Copete, 792 F.2d 4, 6 (1st Cir. 1986) (after proper notice,
failure to file a specific objection to magistrate's report will
waive the right to appeal).

SO ORDERED.

_____
Joseph N. Laplante
Chief Judge

Date: October 7, 2015

cc:  Christopher John Rubisch, pro se